IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


DAVID LEE FRANKLIN,

       Plaintiff,

v.                                                           3:10cv6-WS

RANDY TIFT, et al.,

       Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 27, 2010.  See Doc. 20.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for failure to state a claim against any of the named defendants.  The plaintiff has filed an "objection" (doc. 26) to the magistrate judge's report and recommendation, stating that "it is agreed by plaintiff that 'those' defendants were not directly involved in [the]rape incident but their [sic] are real defendants directly involved but at this time those person[']s names cannot be named."

Having considered the record in light of the plaintiff's objection, the court finds that the case must be dismissed for failure to state a claim against the named defendants.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 20) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment accordingly, noting on the docket sheet that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   24th   day of   June  , 2010.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE